FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JUN 14 PM 1: 41

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

TONYA MARIE ARLEDGE,            )
                                )
    Plaintiff,                   )
                                )
v.                               )     Case No. CV405-161
                                )
JOHN E. POTTER, Postmaster General, )
                                )
    Defendant.                   )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 14th day of June, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA